Edwina COX et al., Plaintiffs-Appellants,

v.

COLLINS RADIO COMPANY, a Division of Rockwell International Corporation, Defendant-Appellee.

Herchiel J. JONES, Plaintiff-Appellant,

v.

COLLINS RADIO CO., etc., Defendant-Appellee.

No. 79–3151

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 2, 1980.

Walter L. Irvin, Dallas, Tex., for Edwina Cox, et al.

Hewett, Johnson, Swanson & Barbee, Storrow Moss Gordon, Ernest E. Figari, Jr., Dallas, Tex., for defendant-appellee.

Before GEE, RUBIN and POLITZ, Circuit Judges.

PER CURIAM:

Each of the appellants but Calahan executed a release and received consideration for it. No contention is made that any one of them acted involuntarily or without full knowledge of the facts or as a result of fraud. Calahan patently failed to satisfy the jurisdictional prerequisites of Title VII. The appellants were not only represented by counsel, the releases were received in envelopes bearing their lawyer's return address. No reason not patently insufficient is given why the dismissal of these claims was incorrect. The appeal is frivolous and it is dismissed. Appellants are taxed double costs. Fed.R.App.P. 38.

DISMISSED.

* Fed.R.App.P. 34(a); 5th Cir. R. 18.